1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ENTERPRISES, INC, a California corporation; ERIC SPENCER, and STEVEN SWANER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, a Delaware corporation; AMAZON.COM SERVICES, INC., a Delaware corporation; MARK ANDREW HASKINS; JOHN SEELY BROWN; WILLIAM B. GORDAN; ALAIN MONIÉ and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. CV 19-2453 DMG (GJSx)<br><br>**ORDER ON JOINT STIPULATION FOR ENTRY OF DISMISSAL OF ACTION [25]** |

1

The Court having considered the Joint Stipulation for Entry of Dismissal of Action ("Stipulation"), and good cause appearing, APPROVES the Stipulation.

IT IS HEREBY ORDERED that:

1) As to Plaintiffs' First Amended Class Action Complaint, all uncertified class allegations shall be dismissed <u>without prejudice</u>;

2) As to Plaintiffs' First Amended Class Action Complaint, causes of action one through seven, each named Plaintiff's individual claims shall be dismissed <u>with prejudice</u>;

3) As to Plaintiffs' First Amended Class Action Complaint, cause of action eight (Relief Under Private Attorneys General Act, Labor Code Section 2968 *et seq*.), shall be dismissed <u>without prejudice</u>;

4) All parties shall be responsible for bearing their own fees and costs; and

5) The Court retains jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

DATED:  September 17, 2021

                                                    DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE